(November 17, 1986)

■ ATOM RESTAURANT, LTD., et al., Appellants, v 441 WHARF RESTAURANT, LTD., et al., Defendants, and JOHN STEFAN et al., Respondents. (Action No. 1.) JOHN STEFAN et al., Respondents, v ATOM RESTAURANT, LTD., Appellant, et al., Defendants. (Action No. 2.) JOHN STEFAN et al., Respondents, v ATOM RESTAURANT, LTD., et al., Appellants. (Action No. 3.)

Brown, J. P., Rubin, Lawrence and Kooper, JJ., concur.